# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-3483

_____

Benjamin Hammond,                    *

                    *

       Plaintiff-Appellant,     *

                    *

    v.                   *   Appeal from the United States

                    *   District Court for the Western

Paul Woodruff, Officer; Greg Harris,  *   District of Arkansas.

Officer; Chris Burnett, Officer; Sam  *

Martin, Officer; The Fourteenth    *

Judicial Drug Task Force of Arkansas,  *   **[UNPUBLISHED]**

                    *

       Defendants-Appellees.   *

_____

Submitted: July 22, 2004
Filed: July 29, 2004

_____

Before MELLOY, LAY, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

This matter comes before the court based upon the district court's dismissal with prejudice of Plaintiff's handwritten complaint pursuant to Federal Rule of Civil Procedure 41(b). Having carefully reviewed the record and the applicable legal authorities, we find no error in the district court's disposition of this matter. Accordingly, the judgment of the district court is affirmed. See 8th Cir. R. 47B.

_____